# NO. 12-17-00011-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MURRAY B. BECKER,* *APPELLANT* | § | *APPEAL FROM THE 136TH* |
| *V.* | | |
| *MARY ANN BECKER,* *INDIVIDUALLY AND AS TRUSTEE* *OF THE TYRONE L. BECKER AND* *MARY BECKER REVOCABLE LIVING* *TRUST AND AS PERSONAL* *REPRESENTATIVE OF THE ESTATE* *OF TYRONE L. BECKER,* | § | *JUDICIAL DISTRICT COURT* |
| *APPELLEES* | § | *JEFFERSON COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Murray B. Becker, has filed a motion to dismiss this appeal. In his motion, Becker states that he does not desire to pursue the appeal. Accordingly, we ***grant*** the motion, and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered January 11, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 11, 2017**

**NO. 12-17-00011-CV**

**MURRAY B. BECKER,**
Appellant
V.
**MARY ANN BECKER, INDIVIDUALLY AND AS TRUSTEE OF THE TYRONE L. BECKER AND MARY BECKER REVOCABLE LIVING TRUST AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TYRONE L. BECKER,**
Appellee

Appeal from the 136th District Court
of Jefferson County, Texas (Tr.Ct.No. D-198,662)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is the opinion of this court that the motion to dismiss be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed** and that all costs of this appeal be, and the same are, adjudged against the party that incurred them; for which execution may issue; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*